UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LEE WILLIAMS,                       )
                                    )
       Plaintiff,                   )
                                    )
   v.                               )   Civil Action No. 07-0248 (PLF)
                                    )
ASTRAZENECA                         )
    PHARMACEUTICALS LP, et al.,     )
                                    )
       Defendant.                   )
_____)

## ORDER

On January 31, 2007, plaintiff filed a complaint in this Court alleging, among other things, negligence, strict liability, intentional infliction of emotional distress, negligent infliction of emotional distress, fraud, breach of warranty, and unjust enrichment. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff's complaint does not. Accordingly, it is hereby

ORDERED that on or before March 1, 2007, plaintiff file an amended complaint that includes in the caption plaintiff's full residence address.

SO ORDERED.

                                                                                 /s/_____
                                                                              PAUL L. FRIEDMAN
                                                                              United States District Judge

DATE: February 5, 2007